Chad S. Campbell (CA Bar No. 258723)
CSCampbell@perkinscoie.com
Jessica L. Everett-Garcia (admitted *pro hac vice*)
JEverettGarcia@perkinscoie.com
Jared W. Crop (CA Bar No. 267692)
JCrop@perkinscoie.com
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Tel: 602-351-8000 / Fax: 602-648-7000

Attorneys for Defendant
ALTERA CORPORATION
And Counterclaimant
INTEL CORPORATION

W. PAUL SCHUCK (Cal. Bar No. 203717)
pschuck@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

ANDREW G. DINOVO (admitted *pro hac vice*)
adinovo@dpelaw.com
JAY D. ELLWANGER (Cal. Bar No. 217747)
jellwanger@dpelaw.com
NICOLE E GLAUSER (admitted *pro hac vice*)
nglauser@dpelaw.com
DANIEL SCHMID
dschmid@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Plaintiff
PAPST LICENSING GMBH & CO. KG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG,<br><br>        *Plaintiff*,<br><br>v.<br><br>ALTERA CORPORATION,<br><br>        *Defendant*,<br><br>and<br><br>INTEL CORPORATION,<br><br>        *Counterclaimant*. | Case No. 5:16-cv-00926-LHK (NC)<br><br>**STIPULATION TO EXTEND DEADLINES DUE TO ANTICIPATED CASE RESOLUTION (FIRST REQUEST)** |

Pursuant to Civil L.R. 6-2, Plaintiff Papst Licensing GmbH & Co., KG ("Papst"), Defendant Altera Corporation ("Altera"), and Counterclaimant Intel Corporation ("Intel," collectively, the "Parties") stipulate and jointly request that the Court enter an order extending by two weeks the deadlines for the briefing of Intel and Altera's motion for summary judgment regarding Intel-Rambus license issues, and the date of the hearing on that motion.  (*See* Doc. 74).

Good cause exists to grant the extension.  Although briefing on the summary judgment motion is set to begin on June 30, 2016,  the parties have reached an agreement in principle that is expected to dispose of all claims and counterclaims in this case and thus render the summary judgment motion unnecessary.  The requested extension will give the Parties sufficient time to reduce their agreement to writing and to file dismissal papers with the Court.

This is the first request for an extension to the deadlines relating to Intel and Altera's motion for summary judgment regarding Intel-Rambus license issues.  There have been three previous stipulated modifications to the schedule in this case.  All three were requests for additional time to submit a proposed protective order.  (*See* Docs. 30, 35, 36).

The Parties do not anticipate that the requested extension will have any effect on the overall schedule for this case.  As noted, the Parties expect to reach a final agreement and file dismissal papers within the next two weeks.  In the extremely unlikely event that the Parties are unable to reach a final resolution in that time, the requested extension will cause only a short delay in the briefing and hearing of Intel and Altera's summary judgment motion, but the Parties do not expect that the extension would affect any of the other remaining dates set out in Court's Case Management Order (Doc. 74).

Accordingly, the Parties stipulate and jointly request that the Court extend the dates for the summary judgment briefing and hearing as follows:

STIPULATED REQUEST TO EXTEND DEADLINES
Case No. 5:16-cv-926-LHK
131715662.2

| Event | Existing Date (Doc. 74) | New Date |
|---|---|---|
| Deadline for Intel and Altera to file Motion for Summary Judgment | June 30, 2016 | July 14, 2016 |
| Deadline for Papst to file Opposition to Summary Judgment Motion | July 21, 2016 | August 4, 2016 |
| Deadline for Intel and Altera to file Reply in Support of Summary Judgment Motion | July 28, 2016 | August 11, 2016 |
| Hearing on Intel and Altera's Motion for Summary Judgment | August 11, 2016 1:30 p.m. | August 25, 2016 1:30 p.m., or another date convenient for the Court |

**IT IS SO STIPULATED.**

DATED:  June 30, 2016                    **PERKINS COIE LLP**

                                          By:  _/s/ Chad S. Campbell_
                                                 Chad S. Campbell

                                          Attorneys for Defendant
                                          ALTERA CORPORATION
                                          And Counterclaimant
                                          INTEL CORPORATION

DATED:  June 30, 2016                    **DINOVO PRICE ELLWANGER & HARDY LLP**

                                          By:  _/s/ Jay Ellwanger_
                                                 Jay Ellwanger

                                          Attorneys for Plaintiff
                                          PAPST LICENSING GMBH & CO., KG

-2-

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

     DATED: _____July 3, 2016_____
4

5

6    _Lucy H. Koh_____

7    The Honorable Lucy H. Koh

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        -3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF CONSENT**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all signatories to this document concurred in its filing.

By:  /s/ Chad S. Campbell
                Chad S. Campbell

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed in compliance with Local Rule CV-5 and served via the Court's electronic filing system on all counsel who have consented to electronic service on June 30, 2016.

By:  /s/ Chad S. Campbell
                Chad S. Campbell