UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG,<br>　　　　　*Plaintiff*,<br><br>v.<br><br>ALTERA CORPORATION,<br>　　　　　*Defendant*,<br><br>and<br><br>INTEL CORPORATION<br>　　　　　*Counterclaimant*. | Case No. 5:16-cv-00926-LHK (NC)<br><br>**[PROPOSED]** ORDER OF DISMISSAL AMENDED |

　　　The parties have filed a Stipulation of Dismissal advising the court that they have resolved their disputes.

　　　IT IS HEREBY ORDERED that the Stipulation of Dismissal is approved and that all claims and counterclaims asserted in this action are dismissed, as follows:

　　　1.　　Papst's claims for infringement against Altera for alleged infringement of United States Patent No. 6,574,759 and United States Patent No. 6,704,891 (Counts I and II of Papst's Complaint (Doc. 1)) are dismissed WITH PREJUDICE;

　　　2.　　The foregoing dismissal of Papst's claims for infringement based on the parties' agreement supersedes the Court's Order of June 9, 2016 (Doc. 89);

      3.      Intel's and Altera's counterclaim against Papst for alleged breach of contract (Count I of Intel and Altera's Counterclaims (Doc. 54)) is dismissed WITH PREJUDICE; and

      4.      Altera's counterclaims for declaratory judgments of invalidity and noninfringement (Counts II, III, IV, and IV of Altera's Counterclaims (Doc. 54)) are dismissed WITHOUT PREJUDICE as moot.

IT IS FURTHER ORDERED that each side shall bear its own costs and attorney's fees.

Having dismissed all claims and counterclaims in this action, IT IS FURTHER ORDERED that the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  August _ 5 ___, 2016

                                    *Lucy H. Koh*
                           The Honorable Lucy H. Koh
                           United States District Court Judge

132293787.1