# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG,<br>　　　　*Plaintiff*,<br><br>v.<br><br>ALTERA CORPORATION,<br>　　　　*Defendant*,<br><br>and<br><br>INTEL CORPORATION<br>　　　　*Counterclaimant*. | Case No. 5:16-cv-00926-LHK (NC)<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S MOTION TO AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e) |

Before the Court is Plaintiff's Unopposed Motion to Amend Judgment Pursuant to Fed. R. Civ. P. 59(e). Having considered Plaintiff's Motion and the relevant record, the Court finds oral argument unnecessary and, GOOD CAUSE FINDING, hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: September __30__, 2016

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Court Judge